## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| YESSER JOSE LOPEZ SOZA, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:26-cv-02224-SHL-tmp |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Respondent. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Yesser Jose Lopez Soza's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed March 11, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 15), filed April 23, 2026, Lopez Soza's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 4, 2026
Date